■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IVAN PARKS, Appellant. [864 NYS2d 379]—Appeal from an order of the Supreme Court, Erie County (John L. Michalski, A.J.), entered April 18, 2007. The order determined, after a hearing, that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Martoche, Green and Gorski, JJ.